## *** CIVIL MOTION MINUTES ***

Date: 07/29/2020                                    Before the Honorable: **T.S. ELLIS, III**

Time: 03:17 p.m. – 03:46 p.m. (00:29)               Case No.: 1:20-cv-00209-TSE-IDD
      03:58 p.m. – 04:00 p.m. (00:02)
      (00:31)

Official Court Reporter: Patricia Kaneshiro-Miller

Courtroom Deputy: Tanya Randall

---

# AVEPOINT, INC. et al

V.

# ROBERT KNICKERBOCKER

---

Appearances of Counsel for:

[ X ]  Plaintiff:  Joshua Long, Nicholas Mirra, Brian Brown (General Counsel)
[ X ]  Defendant:  Alexander Sass, John Gilman
[  ]  Other:

**Re:**      [ 9 ]  Robert Knickerbocker's Motion to Dismiss

Argued and:

[  ]  Granted    [  ]  Denied          [  ]  Granted in part/Denied in part

[ X ]  Taken Under Advisement      [  ]   Continued to

[  ]   Report and Recommendation to Follow

[ X ]  Order to Follow