IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AVEPOINT, INC., *and* ) | |
| AVEPOINT PUBLIC SECTOR, INC., ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:20-cv-209 |
| ) | |
| ROBERT KNICKERBOCKER, ) | |
|     Defendant. ) | |

## ORDER

For the reasons stated in the Memorandum Opinion issued this same day,

It is hereby **ORDERED** that defendant's motion to dismiss (Dkt. 9) is **GRANTED**.

AvePoint's Complaint (Dkt. 1) is hereby **DISMISSED**.

The Clerk is directed to send a copy of this Order to all counsel of record.

The Clerk is further directed to place this matter among the ended causes.


Alexandria, Virginia
July 30, 2020

                                               /s/
                                        **T. S. Ellis, III**
                                        **United States District Judge**